THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARIA TARA SUTHERLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:08-cv-01218-WTL-TAB |
| | ) | |
| WAL-MART STORES INC., | ) | |
| ARTURO AGUAS, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Maria Tara Sutherland, Plaintiff the above named case,

hereby appeals to the United States Court of Appeals for the Seventh Circuit  from the Final

Judgment in favor of Defendant Wal-Mart Stores, L.P. (improperly named in the Complaint as

Wal-Mart Stores, Inc.), granting its Motion for Summary Judgment, entered in this action on the

16th day of April 2010.


Dated: May 17, 2010            By:     _/s/ Kathleen M. Sweeney_
                                       Kathleen M. Sweeney
                                       Ksween@gmail.com
                                       Schembs Sweeney Law
                                       141 E. Washington St. Ste. 225
                                       Indianapolis IN 46204
                                       T: 317-491-1050
                                       F: 317-491-1043
                                       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2010, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to the following parties by operation of the Court's electronic

filing system.  Parties may access this filing through the Court's system.

Susan M. Zoeller
Susan.zoeller@btlaw.com

Shannon Shaw
Shannon.shaw@btlaw.com

_/s/ Kathleen M. Sweeney_____
Kathleen M. Sweeney

Schembs Sweeney Law
141 E. Washington St. Ste. 225
Indianapolis IN 46204
T: 317-491-1050
F: 317-491-1043
Ksween@gmail.com
DZHirschauer@dzhlaw.com